**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 1 5 2015

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 15-3679 JH |
| vs. | ) |
| **LEON HERRERA**, | ) |
| Defendant. | ) |

## CONSENT TO APPEAR BEFORE UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties that might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead guilty or go to trial with judgment and sentencing before a United States District Judge.

**I hereby waive (give up) my right to enter my plea before a United States District Judge, and I consent to entering my plea, knowingly and voluntarily, before a United States Magistrate Judge.**

_____
LEON HERRERA
Defendant

_____
L. Val Whitley
Attorney for Defendant

Before: _____
UNITED STATES MAGISTRATE JUDGE